# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**ALBERT NEWMAN,**

      **Petitioner,**

**vs.**                                                 **Case No. 4:06cv307-WS/WCS**

**SHERIFF LARRY CAMPBELL,**

      **Respondent.**

_____/

## REPORT AND RECOMMENDATION ON § 2241 PETITION

Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Doc. 1.  The petition and Petitioner's response to court order were recently served on Respondent along with an order directing that a response be filed by October 6, 2006. Doc. 7.  The copy sent to Petitioner was returned, stamped "return to sender" and the handwritten word "released."  Doc. 8.  The court contacted the Leon County Jail, and was informed that Petitioner was released on August 10, 2006.  There is no forwarding address.

There is no need for Respondent to file argument, and the petition should be dismissed.  Even if Petitioner's pretrial petition is not mooted by his release, he has not

notified the court of his address change.  Obviously, the case cannot proceed without him.

It is therefore **RECOMMENDED** that the § 2241 petition be **DISMISSED WITHOUT PREJUDICE**.

**IN CHAMBERS** at Tallahassee, Florida, on September 12, 2006.


 S/     William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.
UNITED STATES MAGISTRATE JUDGE**



**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**